UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MANUEL RODRIGUEZ AVILA,<br>　aka "Adan Rodriguez<br>　　　Avila,"<br>　aka "Manuel Adan<br>　　　Rodriguez,"<br>　aka "Adan Rodriguez,"<br><br>　　　　　Defendant. | No. 8:22-cr-00055-SB<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Illegal Alien Found in the<br>United States Following<br>Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about November 7, 2017, defendant MANUEL RODRIGUEZ AVILA, also known as ("aka") "Adan Rodriguez Avila," aka "Manuel Adan Rodriguez," aka "Adan Rodriguez," an alien, who had been officially deported and removed from the United States on or about September 18, 2011, July 18, 2013, and February 3, 2017, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and

remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for one or more of the following felonies or aggravated felonies:

(1)  Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), on or about November 4, 2005, in the Superior Court of the State of California, County of Orange, case number 95CF0233, for which defendant received a suspended sentence of two years of imprisonment; and

///
///
///

(2) Deported alien Found in the United States, in violation of Title 8, United States Code Section 1326(a), on or about March 12, 2012, in the United States District Court for the Southern District of California, case number 11CR5159-LAB, for which defendant received a sentence of 24 months of imprisonment.

A TRUE BILL

/s/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL S. LIM
Assistant United States Attorney